# EXHIBIT E

# KARI-OUT COMPANY

Search [ ] Find

# FOOD CONTAINERS

Kari-Out offers different varieties and shapes of carry out containers, steam tables and roasters, bakery items, and specialty shape trays for all your needs.

**FOOD CONTAINERS**
- Aluminum
- Microwaveable Containers
- Bio-Pak
- Foldpak Microwaveable
- Soup & Deli Containers
- Paper Soup Containers
- Foodpails
- Sushi Trays
- Microwaveable Bowls
- Soufflés Cups & Lids

**CONDIMENTS**
**BOTTLED GOODS**
**SPECIALTY BAGS**
**TOWELETTES**
**FOOD INGREDIENTS**
**JANITORIAL & CLEANING**
**TAKE OUT DISPOSABLES**

Job Opening

 HOME PAGE

Printer Friendly Page
Download the Kari-Out Product Catalog (.PDF, 1.6MB)
Nutritional Information
Bookmark Kari-Out.com



**Kari-Out Company**
399 Knollwood Road
Suite 309
White Plains, New York 10603
Tel: (800) 433-8799
Tel: (914) 580-3200
Fax: (914) 631-0954

Food Containers >> Microwaveable Containers

|  | Item # | Name | Pack |
|---|---|---|---|
|  | 3500237 | Microwaveable Combos - White - 7" Round - NC 723 - 24 oz. | 150 |
|  | 3500237 | Microwaveable Combos - White - 7" Round - NC 723 - 24 oz. | 150 |
|  | 3500297 | Microwaveable Combos - White - 7" Round - NC 729 - 32 oz. | 150 |
|  | 3500297 | Microwaveable Combos - White - 7" Round - NC 729 - 32 oz. | 150 |
|  | 3500718 | Microwaveable Combos - White - 6" Round - NC 718 - 16 oz. | 150 |
|  | 3500718 | Microwaveable Combos - White - 6 | 150 |
|  | 3500818 | Microwaveable Combos - White - 5 1/2 x 4 1/2 x 1 3/4 - NC 818 - 32 oz. | 150 |
|  | 3500818 | Microwaveable Combos - White - 5 1/2 x 4 1/2 x 1 3/4 - NC 818 - 12 oz. | 150 |
|  | 3500838 | Microwaveable Combos - White - 7 1/4 x 5 x 2 - NC 838 - 24 oz. | 150 |
|  | 3500838 | Microwaveable Combos - White - 7 1/4 x 5 x 2 - NC 838 - 24 oz. | 150 |
|  | 3500868 | Microwaveable Combos - White - 8 1/2 x 6 x 1 1/2 - NC 868 - 28 oz. | 150 |
|  | 3500888 | Microwaveable Combos - White - 8 1/2 x 6 x 2 - NC 888 - 38 oz. | 150 |
|  | 3500888 | Microwaveable Combos - White - 8 1/2 x 6 x 2 - NC 888 - 38 oz. | 150 |
|  | 3500948 | Microwaveable Combos - White - 9" Round - 48 oz. | 150 |
|  | 3500948 | Microwaveable Combos - White - 9" Round - 48 oz. | 150 |
|  | 3501237 | Microwaveable Combos - Black 7" Round - NC 723 - 24 oz. | 150 |
|  | 3501237 | Microwaveable Combos - Black - 7" Round - NC 723 - 24 oz. | 150 |
|  | 3501297 | Microwaveable Combos - Black - 7" Round - NC 729 - 32 oz. | 150 |

| | | | |
|---|---|---|---|
| | 3501297 | Microwaveable Combos - Black - 9" Round - NC 729 - 32 oz. | 150 |
| | 3501718 | Microwaveable Combos - Black - 6" Round - NC 718 - 16 oz. | 150 |
| | 3501718 | Microwaveable Combos - Black - 6 | 150 |
| | 3501818 | Microwaveable Combos Black - 5 1/2 x 4 1/2 x 1 3/4 - NC 818 - 12 oz. | 150 |
| | 3501818 | Microwaveable Combos - Black - 5 1/2 x 4 1/2 x 1 3/4 - NC 818 - 12 oz. | 150 |
| | 3501838 | Microwaveable Combos - Black - 7 1/4 x 5 x 2 - NC 838 - 24 oz. | 150 |
| | 3501838 | Microwaveable Combos - Black - 7 1/4 x 5 x 2 - NC 838 - 24 oz. | 150 |
| | 3501868 | Microwaveable Combos - Black - 8 1/2 x 6 x 2 - NC 868 - 28 oz. | 150 |
| | 3501868 | Microwaveable Combos - Black - 8 1/2 x 6 x 1 1/2 - NC 868 - 28 oz. | 150 |
| | 3501888 | Microwaveable Combos - Black - 8 1/2 x 6 x 2 - NC 888 - 38 oz. | 150 |
| | 3501888 | Microwaveable Combos - Black - 8 1/2 x 6 x 2 - NC 888 - 38 oz. | 150 |
| | 3501948 | Microwaveable Combos - Black - 9 | 150 |
| | 3501948 | Microwaveable Combos - Black - 9" Round - 48 oz. | 150 |
| | 3508288 | Microwaveable Combos - White - 2-COMPT-NC8288 12/18 oz. | 150 |
| | 3508288 | Microwaveable Combos - White - 2-COMPT - NC 8288 - 12 oz. / 18 oz. | 150 |
| | 3518288 | Microwaveable Combos - Black - 2-COMPT-NC8288 - 12/18 oz. | 150 |
| | 3518288 | Microwaveable Combos - Black - 2-COMPT - NC 8288 - 12 oz. / 18 oz. | 150 |