



























27

# 7" PLASTIC MICROWAVEABLE CONTAINER
### (COMBO PACK WITH LIDS)

## Kari-Out Co.
White Plains, NY 10603
1-888-328-1688
www.kariout.com

