# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PACTIV CORPORATION, NEWSPRING INDUSTRIAL CORPORATION, and NEWSPRING CANADA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERK-UP, INC. D/B/A KARI-OUT, INC., TRIPAK INDUSTRIAL USA, LLC, TRIPAK INDUSTRIAL CORPORATION, IZON INDUSTRIES, INC., 52 GREEN POND ROAD, LLC, 1460 CHESTNUT ASSOCIATES, LLC, 690 UNION BLVD. ASSOCIATES, LLC, HOWARD EPSTEIN, DAVID EPSTEIN, ADAM EPSTEIN, PAUL EPSTEIN, and GREGORY COLACITTI,<br><br>Defendants. | Civ. No. 2:08-cv-5072-(DMC) (CCC)<br><br><br><br>~~[PROPOSED]~~ ORDER |

**BEFORE THE COURT** is a proposed order jointly submitted by the parties reflecting modification to the discovery schedule as discussed at the September 24, 2009 status conference;

**IT IS HEREBY ORDERED** that the discovery schedule be modified as follows:

| Event | Date |
|---|---|
| Defendants to file Amended Counterclaim | September 29, 2009 |
| Plaintiffs to file Motion to Bifurcate and Stay Discovery Related to Defendants' Antitrust Counterclaim | October 2, 2009 |
| Defendants to file Opposition to Plaintiffs' Motion to Bifurcate and Stay Discovery Related to Defendants' Antitrust Counterclaim | October 16, 2009 |

| Last Day to serve Paper Discovery on Defendants' Amended Counterclaim | October 16, 2009 |
|---|---|
| Plaintiffs to file Reply to Defendants' Opposition to Plaintiffs' Motion to Bifurcate and Stay Discovery Related to Defendants' Antitrust Counterclaim | October 23, 2009 |
| Status Conference | December 3, 2009 at 3:00 p.m. |

Newark, New Jersey,

On this 5th day of October, 2009.

s/Claire C. Cecchi

**Claire C. Cecchi, U.S.M.J.**